**Ann Maureen CROWLEY,
Plaintiff-Appellant,**

v.

**Edward Charles CROWLEY,
Defendant-Respondent.**

**No. 50362.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1986.

Motion for Rehearing and/or Transfer
Denied March 11, 1986.

Application to Transfer Denied
April 15, 1986.

Ann Maureen Crowley, pro se.

James Dailey Wahl, St. Louis, for defendant-respondent.

### ORDER

PER CURIAM.

Former wife appeals from orders rendered in the dissolution decree, claiming trial court error in the grant of custody of the parties' minor child to respondent former husband, the division of marital property, the amount of maintenance awarded and the amount of attorney's fees awarded. No precedential purpose would be served

by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).